*E-Filed 5/27/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JUDITH SCRASE,

    Plaintiff,

v.

PATRICK HOOPES,

    Defendant.
_____/

No. C 11-00218 RS

**ORDER OF DISMISSAL**

    Pro se plaintiff Judith Scrase filed suit against defendant Patrick Hoopes asserting claims arising out of his representation after he was appointed as her defense counsel in state court criminal proceedings. Although no summons has been issued, Scrase nonetheless apparently served her complaint on Hoopes. He responded by filing a motion to dismiss and to declare Scrase a vexatious litigant.

    Scrase has applied for leave to proceed in this case in forma pauperis. An in forma pauperis complaint raising the same factual allegations asserted in a prior case is subject to dismissal as duplicative. *See Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995). In this case, Scrase has raised the same allegations against Hoopes in two prior in forma pauperis complaints. In Case No. C 10-1766, the Court dismissed her complaint for failure to state a claim. In Case No. C 10-2190, the Court dismissed her second complaint against Hoopes as duplicative of the prior suit. Scrase's present complaint, which relies on the same factual allegations against Hoopes, must also

be dismissed as duplicative.  As Scrase had not been granted permission to proceed with her suit at the time she served her complaint, the Court will not determine at this point whether Scrase must be declared a vexatious litigant.  Scrase is advised, however, that any future suit in federal court based on the same factual allegations is subject to dismissal.

Accordingly, the Clerk of Court shall close this case.  The application to proceed in forma pauperis is granted.  The hearing on defendant's motion to dismiss is vacated.

IT IS SO ORDERED.

Dated: 05/27/2011

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Judith Scrase**
1492 Pawnee Drive
Las Vegas, NV 89169-3129

DATED: 05/27/2011

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

United States District Court
For the Northern District of California

No. C 11-0218 RS
ORDER OF DISMISSAL